UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

CS FACTORING B.V.,

           Plaintiff(s)

- v -

HONEYWELL INTERNATIONAL INC.

           Defendant(s)
_____

**RULE 7.1 STATEMENT**

1:23-cv-03756
Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

HONEYWELL INTERNATIONAL INC.

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

Honeywell is a publicly traded corporation that has no parent corporation. No publicly held corporation known to Honeywell owns 10% or more of the outstanding shares of Honeywell's common stock.

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

Honeywell is a corporation incorporated and organized under the laws of the State of Delaware. Honeywell's principal offices are located at 855 S Mint Street, Charlotte, North Caroline 28202, and that is where executive-level decisions are made. Thus, in addition to Delaware, its place of incorporation, Honeywell is also a citizen of the State of North Carolina.

5/5/23
Date

/s/ Andrew L. Van Houter
Signature of Attorney

5111059
Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf  SDNY Web 12/2022