**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

CS Factoring B.V.,

                                  Plaintiff,                      **23-cv-3756 (AS) (VF)**

                                                                    **ORDER**

            -against-

Honeywell International Inc.,

                                  Defendant.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      This Order is to inform third-party defendants the Estate of INID, B.V. and Jan Peter Hulsker that filings to the Court are accepted through the U.S. mail or the drop box located in the lobby of the Courthouse at 500 Pearl Street New York, NY 10007. Additionally, a pro se party may file documents by email to the Clerk's office. Instructions for such filings are available on the Court's website at www.nysd.uscourts.gov/forms/instructions-filing-documents-email. Should either third-party defendant have any other procedural questions, they are instructed to contact the Pro Se Intake Unit at +1 (212) 805-0175. Both Mr. Hulsker and the Estate of INID, B.V. should note that all communications to the Court must be made by filings to the docket. The Court will, however, send a courtesy copy of this order to both third-party defendants via email.

      Lastly, both the Estate of INID, B.V. and Mr. Hulsker, are reminded that they are directed to appear at the Initial Case Management Conference scheduled in this action for

**Thursday, October 19, 2023, at 10:00 a.m. (Eastern Time).** Please call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

        SO ORDERED.

DATED:    New York, New York
               September 8, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge