UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

CS Factoring B.V.,

                Plaintiff,                      **23-cv-3756 (AS) (VF)**

                                                   **ORDER**

       -against-

Honeywell International Inc.,

                Defendant.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    All deadlines in this matter are hereby stayed until **March 12, 2024**. The parties are directed to file a status update by that date if they have not finalized the terms of a settlement by then.

    **SO ORDERED.**

DATED:    New York, New York
                 November 14, 2023

                                                                     VALERIE FIGUEREDO
                                                                     United States Magistrate Judge